**No. 56688.**—International Expediters, Inc. *v.* United States, protest 178162–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct. The protest was therefore overruled.

**No. 56689.**—A. Judson Murray & Co. *v.* United States, protest 178579–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56690.**—Doulton & Co., Inc. *v.* United States, protests 179624–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56691.**—International Smelting and Refining Co. *v.* United States, protests 180137–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

MAY 12, 1952

**No. 56692.**—SUIT 4671.—Gimbel Bros., Inc. *v.* United States.—C. D. 1293 affirmed March 18, 1952. C. A. D. 483.

**No. 56693.**—SUIT 4682.—United States *v.* Malhame & Co. et al.—Reap. Dec. 7965 affirmed November 7, 1951. C. A. D. 472.